# EXHIBIT B

**DECLARTION OF ABAJI'S ATTORNEY IN SUPPORT OF DEFENDANTS ARGUMENT FOR A DOWNWARD VARIANCE VBASED ON POST OFFENSE REHABILITATION**

ROBISON D. HARLEY, JR. SBN: 68984
Attorney at Law
825 N. Ross Street
Santa Ana, California 92701
Telephone: (714) 972-8141
Facsimile: (714) 972-8107
Email: rob.harley@sbcglobal.net

Attorney for Defendant
MOMOUD AREF ABAJI

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MOMOUD AREF ABAJI,<br><br>    Defendant | Case No.: 8:13-cr-0001-DC<br><br>DECLARTION OF DEFENSE COUNSEL IN SUPPORT OF DOWNWARD VARIANCE BASED ON POST OFFENSE REHABILITATION |

I, Robison D. Harley Jr., declare as follows:

1) The defendant has been imprisoned in FCI Big Springs Texas and a private facility in Reeves County, Texas since he surrendered to start his 108-month sentence in 2018.

2) As a result of the 9th Circuit Memorandum opinion vacating defendants' sentence and remanding defendant for a determination of loss amount the defendant landed in Santa Ana Jail on or about 4/12/21.

3) I am informed and believe that defendant has completed and has certificate of proof of completion in Basic Computer Class, Excel Computer Class, and Typing Class from FCI Big Spring which are currently stored with his belongings in Big Spring while he

remains in Santa Ana Jail. I have an investigator approved to get the Proof of these certificates but as of this date he is unable to do so.

4) The defendant has been disciplined free and has worked as a cleaner in compound PM and as an MP 3 charger at Big Spring. Again, we have reached out to Big Spring to get proof of his excellent work history but as of today's date we have no proof.

5) After the defendant was moved to Reeves County in Pecos Texas, his good conduct earned him the privilege to work in the commissary. Again, we have been unable to obtain proof of defendant's excellent discipline history and work history as of this date.

6) Since being moved to Santa Ana Jail on or about 4/12/21, the defendant has continued his good behavior and completed additional computer classes; however, the defense cannot obtain proof until defendant has spent 6 months in Santa Ana Jail, which means we will have proof of his discipline, work, and educational history inside the Santa Ana Jail to submit to the court on 10/13/21.

7) Obtaining the aforementioned prison records is important because the defendant seeks a downward variance based on post offense rehabilitation and these records are crucial to supporting that sentencing argument.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge. Executed on this 10th day of October, 2021 in Santa Ana, California.

*Robison D. Harley, Jr.*
Robison D. Harley, Jr.
Attorney for Defendant