# EXHIBIT C

**TO BE SUPPLEMENTED**

# EXHIBIT D

**TO BE SUPPLEMENTED**