# EXHIBIT G

# Certificate of Achievement

**SANTA ANA COLLEGE**
**SCHOOL OF CONTINUING EDUCATION**
**RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT**

This is to certify that

*Momoud H Abaji*

Has completed a course of instruction in

**Computer Applications**

All Instruction Provided in English only.

**Introduction to Keyboarding I**

_Quiroz, L_
Instructor

_October 22, 2021_
Date